JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN JEAN BUREAU, et al., | ) NO. SACV 14-304-JGB (MAN) |
| Plaintiffs, | ) |
| v. | ) JUDGMENT |
| THE CITY OF DANA POINT, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Dismissing Action,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 29, 2014.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE